```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

```
JOANN KING,                      *
                                 *
     Plaintiff,                  *
                                 *
vs.                              *   CIVIL ACTION 08-00161-KD-B
                                 *
HAINJE'S, INC.,                  *
                                 *
     Defendant.                  *
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED on the following grounds**: (1) to the extent the Report and Recommendation finds that the counterclaim is permissive, and (2) there is no reason for this Court to decline supplemental jurisdiction.

Therefore, it is **ORDERED** that Defendant's Motion to Allow Counterclaim be **GRANTED**.

**DONE** this <u>5th</u> day of **August 2008**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**